IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-cv-695

| | |
|---|---|
| JAMIE J. ELLIOTT,<br>   Plaintiff | )<br>)<br>) |
| vs. | )   ORDER<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner Social Security,<br>   Defendant | )<br>)<br>)<br>) |

It is ORDERED that Defendant pay the sum of $1,275.00 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to:

Crystal G. Rouse
Law Offices of James Scott Farrin, P.C.
280 South Mangum Street
Suite 400
Durham, NC 27701

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Crystal G. Rouse, and mailed to her office address above in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

Entered this 2 day of March, 2015.

Terrence Boyle
United States District Court Judge